**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Ray Newell,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Respondents. | No. CV-12-02038-PHX-JJT<br><br>**ORDER**<br><br>DEATH PENALTY CASE |

　　　　Before the Court is Petitioner's motion for supplemental briefing in light of *Lynch v. Arizona*, 136 S. Ct. 1818 (2016). (Doc. 67.)

　　　　IT IS ORDERED granting the motion as follows:

　　　　Respondents shall file a response to Petitioner's supplemental brief no later than **September 6, 2016**. Petitioner shall file a reply no later than **September 16, 2016.**

　　　　Dated this 24th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　United States District Judge